UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| TERRY LEE PORTER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:22-00024 |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | FILED VIA ECF |

## ORDER

AND NOW, this \_\_5th\_\_ day of \_\_July\_\_, 2023, upon consideration of the parties' Stipulation, it is hereby,

ORDERED that Plaintiff, Terry Lee Porter, is awarded Five Thousand, Four Hundred Dollars and 00/100 Cents ($5,400.00) in attorney fees under EAJA. The attorney fees will be paid directly to Plaintiff, Terry Lee Porter, and sent to the business address of Plaintiff's counsel, Hugh F. O'Donnell, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_____ J.